**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Rachel Imperial, | : |
| | : |
| Plaintiff, | : |
| v. | : |
| | : Civil Action No.:  1:13-cv-10742-MLW |
| Greentree Servicing LLC; and DOES 1-10, inclusive, | : |
| | : |
| | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: December 9, 2014

Respectfully submitted,

PLAINTIFF, Rachel Imperial

/s/ Sergei Lemberg

Sergei Lemberg, Esq.
B.B.O. No.: 650671
**LEMBERG LAW, L.L.C.**
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
slemberg@lemberglaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 9, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF), which sent notice of such filing to the following:

Richard E. Briansky
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110

Amy B. Hackett
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
*Attorneys for Defendant*

By /s/ Sergei Lemberg
Sergei Lemberg